**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

| | | |
|---|---|---|
| PARAMOUNT PROPERTY SERVICES, LLC, *et al.* | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No: 5:25-cv-00077 |
| RONNEL V. KIMBLE, Jr., *et al.* | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND**

Paramount Property Services, LLC ("Paramount"), Dorrice Francies Loar ("Mrs. Loar") and Carter Lee Loar ("Mr. Loar") (collectively, "plaintiffs"), by counsel, file this Motion for Leave to Amend pursuant to Rule 15(a)(2), this Court's June 18, 2026 Memorandum Opinion and Order (ECF 49-50). Pursuant to this Court's Order, plaintiffs hereby attach as an exhibit a copy of the proposed Second Amended Complaint. Exhibit 1.

Pursuant to Federal Rule of Civil Procedure 15(a)(2), "a party may amend its pleading only with the opposing party's written consent or the court's leave" and "the court should freely give leave when justice so requires." Denial of a motion to amend a pleading is appropriate only in exceptional circumstances. In particular, the Fourth Circuit has held that "leave to amend a pleading should be denied only when the amendment would be prejudicial to the opposing party, there has been bad faith on the part of the moving party, or the amendment would have been futile." *Laber v. Harvey*, 438 F.3d 404, 426 (4th Cir. 2006). Here, allowing plaintiffs to amend would not prejudice the defendants. A common example of a prejudicial amendment is one that raises a new legal theory or that would require the gathering and analysis of facts not already considered by the

defendant shortly before or during trial. *Laber*, 438 F.3d at 427. None of these concerns are implicated here.

The proposed amendment does not affect the nature of the claims. Indeed, the proposed Second Amended Complaint corrects the tortious interference with contract tort that was previously pled with a properly pled tortious interference with business expectancy count (Count IV). These are closely related torts, involving the same underlying facts, with the same goal of the defendants' concerted efforts.

The proposed Second Amended Complaint also addresses concerns raised in this Court's Memorandum Opinion. For instance, it provides a source of the asserted property interest by setting forth specific Frederick County Ordinances and additional related background facts. The allegations regarding each party's standing have also been amended to satisfy the standard set forth in *Harris v. McDonnell*, 488 F. Supp. 2d 603 (W.D. Va. 2013).

Leave to amend comports with Rule 15's justice requirement because plaintiffs have endeavored in good faith to set forth full and complete allegations of how the defendants deprived them of due process, conspired together, and accomplished their purpose. Plaintiffs have suffered harm from the defendants' conduct and it comports with justice to allow them to amend.

**REQUEST FOR A HEARING AND ORAL ARGUMENT**

Pursuant to Local Rule 11(b), plaintiffs request a hearing on their Motion for Leave to Amend.

**CONCLUSION**

For the foregoing reasons, plaintiffs respectfully request that the Court grant their Motion for Leave to Amend.

Dated: July 9, 2026 Respectfully submitted,

______*/s/ James B. Kinsel*________

James B. Kinsel (VSB No. 442347)
Rebecca Bricken Kinsel (VSB N. 73403)
**PROTORAE LAW, PLLC**
1919 Gallows Road, Suite 630
Tysons, VA 22182
(703) 749-8507
(703) 942-6758 (fax)
jkinsel@protoraelaw.com
rkinsel@protoraelaw.com
*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on the 9th of July 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jeremy D. Capps (VSB No. 43909)
Brian P. Ettari (VSB No. 98800)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
jcapps@hccw.com
bettari@hccw.com
*Counsel for Ronnel V. Kimble, Jr., and*
*Board of Supervisors of Frederick County, Virginia*

Scott A. Stephenson (VSB No. 88020)
Jessiah S. Hulle (VSB No. 95828)
Gentry Locke
10 Franklin Road S.E., Suite 900
Roanoke, VA 24011
540-983-9335 – Phone
540-983-9400 – Fax
stephenson@gentrylocke.com
*Counsel for Ridgerunner Container, L.L.C.*

__*/s/ James B. Kinsel*________
James B. Kinsel